MARIE-ANN GREENBERG, MAG-1284
MARIE-ANN GREENBERG, STANDING TRUSTEE
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004
(973) 227-2840
Attorney for the Standing Trustee

**Order Filed on June 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRIT OF NEW JERSEY

| In Re: <br><br> ALEXANDER HASELKORN, <br><br>    Debtor. | |
|---|---|
| ALEXANDER HASELKORN, <br><br>    Plaintiff, <br><br> v. <br><br> DAVID SAFIR and DLS BILLING AND CONSULTING CORP., <br>    Defendants. | Case No.: 19-32984 <br><br> Adv. Proc. No: TBD <br><br> Chapter 13 <br><br> Hearing Date: <br><br> Judge: Honorable John K. Sherwood |

**CONSENT ORDER PERMITTING THE DEBTOR TO EXERCISE THE POWERS GRANTED TO THE CHAPTER 13 TRUSTEE UNDER §11 U.S.C. 547 & §11 U.S.C. 548**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: June 16, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: ALEXANDER HASELKORN
Case No. 19-32984
Adv. Proc. No.: TBD
Caption: **CONSENT ORDER PERMITTING THE DEBTOR TO EXERCISE THE POWERS GRANTED TO THE CHAPTER 13 TRUSTEE UNDER §11 U.S.C. 547 & §11 U.S.C. 548**

_____

THIS MATTER having been resolved between the Marie-Ann Greenberg, Standing Chapter 13 Trustee and NORGAARD O'BOYLE & HANNON, the debtor's counsel;

It is hereby:

**ORDERED**, that the Debtor shall stipulate to paying a 100% dividend to unsecured creditors in his Chapter 13 plan; and it is further

**ORDERED,** that Marie-Ann Greenberg, Standing Chapter 13 Trustee, hereby permits the Debtor, ALEXANDER HASELKORN, solely through his counsel, NORGAARD O'BOYLE & HANNON, to exercise the powers provided to the Trustee under §11 U.SC. 547 and §11 U.S.C. 548 to initiate an Adversary Proceeding seeking to void the Debtor's transfer of all receivables for his business Jamaica Wellness Medical, P.C. to the Defendants, David Safir and DLS Billing and Consulting Corp.; and it is further

**ORDERED,** that debtor's counsel shall be limited to a fee of $10,000.00 in connection with the above mentioned Adversary Proceeding, unless the matter goes to trial or prior written Consent is obtained from the Chapter 13 Trustee to exceed said amount; and it is further

**ORDERED,** that in the event the Debtor becomes self-represented or retains substitute counsel, this order shall immediately become null and void and Debtor may not proceed with the above mentioned Adversary Proceeding without further order of the Court.

The undersigned are authorized to and hereby do consent to the form and entry of this Consent Order.

| | |
|---|---|
| __/s/ Brian Knapp, Esq._____ | __/s/ Brian Hannon, Esq.___ |
| By: Brian Knapp, Esq. | By:  Brian Hannon, Esq. |
| Staff Attorney, for Standing Trustee | Debtor's Counsel |
| Date: 6/9/20 | Date: 6/12/20 |